

October 29, 2024

**By ECF**

The Honorable Colleen McMahon
United States District Judge
United States District Court
for the Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    *Austin Community College District v. XL Insurance America, Inc.*
                Case No. 24-CV-00603 (S.D.N.Y.)

Dear Judge McMahon:

    We represent Austin Community College District, plaintiff in the above-captioned insurance coverage dispute. We write to respectfully request, pursuant to Section V.B. of Your Honor's Individual Practices and Procedures, an order of reference to the Magistrate Judge to address and resolve an outstanding discovery dispute with Defendant. In short, Defendant has objected to Requests Nos. 12, 13 and 14 of Plaintiff's First Set of Document Requests, and despite an exchange of letters and a number of meet and confers the parties have been unable to reach agreement as to the appropriate scope of compliance with such Requests.

    We thank the Court for its attention to this matter.

                                                                                            Respectfully submitted,

                                                                                      */s/ Alexander H. Shapiro*
                                                                                      Alexander H. Shapiro

                                                                                      FORD O'BRIEN LANDY LLP
                                                                                      275 Madison Avenue, 24th Floor
                                                                                      New York, NY 10016

                                                                                      *Counsel for Plaintiff*

cc:  Defendant's counsel (by ECF)