**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
AUSTIN COMMUNITY COLLEGE DISTRICT,

                         Plaintiff,                **24-CV-603 (CM) (VF)**

          -against-                          **ORDER**

XL INSURANCE AMERICA, INC.,

                        Defendant.
-------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge**

      A conference in this matter to discuss the parties' outstanding discovery dispute raised at ECF No. 20 is hereby scheduled for **Monday, November 25, 2024 at 2:00 p.m.** Counsel for the parties are directed to call Judge Figueredo's AT&T conference line at the scheduled time. **Please dial (888) 808-6929; access code [9781335].** The parties are directed to file a joint letter, laying out the dispute and each party's position, by **Thursday, November 21, 2024.**

    **SO ORDERED.**

DATED:    New York, New York
              October 31, 2024

                                                                       VALERIE FIGUEREDO
                                                                       United States Magistrate Judge