

January 27, 2025

**VIA ECF**

The Honorable Valerie Figueredo
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New Yor, 10007

      **RE:**   *Austin Community College District v. XL Insurance America, Inc.*
             **Case No. 24-cv-00603 (S.D.N.Y.)**

Dear Magistrate Judge Figueredo:

      Pursuant to your Honor's Order [ECF No. 26], the parties to this litigation, Plaintiff Austin Community College District ("ACC") and Defendant XL Insurance America, Inc. ("XL"), respectfully submit this joint letter proposing a six-month extension of the discovery deadline currently set for January 30, 2025.  This will allow XL to make production of the documents at issue, permit ACC to review that production and pursue any follow-up as necessary, and, provided that process is completed within a reasonable time frame, allow sufficient further time for the parties to complete third-party discovery, exchange any expert reports, and take all relevant depositions.

The Honorable Valerie Figueredo
January 27, 2025
Page 2 of 2

The parties respectfully propose the following deadlines be put in place for the remainder of discovery:

| Event | Proposed Deadline |
|---|---|
| Plaintiff's Expert Report Due | May 1, 2025 |
| Defendant's Expert Report Due | June 1, 2025 |
| End of Discovery (both fact and expert) | July 30, 2025 |
| Joint Pre-Trial Order Due | October 30, 2025 |

We thank the Court for its attention to this matter.

**MEMO ENDORSED**

_[signature]_
**HON. VALERIE FIGUEREDO**
**UNITED STATES MAGISTRATE JUDGE**
**Dated:** 1/28/25

The Court hereby adopts the parties' proposed schedule for expert discovery: Plaintiff's expert report is due **May 1, 2025**; Defendant's expert report is due **June 1, 2025**; and discovery is to close by **July 30, 2025**.

The parties, however, are directed to file a joint pre-trial order by **August 30, 2025**. If the parties need more time for the pre-trial order, they are directed to make such request before Judge McMahon.

Respectfully submitted,

/s/ Alexander Shapiro
Alexander H. Shapiro

FORD O'BRIEN LANDY
275 Madison Avenue, Floor 24
New York, New York 10006

*Counsel for Plaintiff*

/s/ Alexander Cogbill
Alexander Cogbill

ZELLE LLP
45 Broadway, Suite 920
New York, New York 10006

*Counsel for Defendant*