**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
AUSTIN COMMUNITY COLLEGE DISTRICT,

         Plaintiff,    **24-CV-603 (CM) (VF)**

   -against-         **ORDER**

XL INSURANCE AMERICA, INC.,

         Defendant.
-------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge.**

 For the reasons discussed at the August 12, 2025 conference, the issues raised at ECF No. 32 are resolved. Defendants are directed to produce all responsive documents by **September 5, 2025**, and the fact discovery deadline is extended to **October 10, 2025**. The Clerk of Court is respectfully directed to terminate the motion at ECF No. 32.

 **SO ORDERED.**

DATED:  New York, New York
      August 12, 2025

               _____
               VALERIE FIGUEREDO
               United States Magistrate Judge