**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
AUSTIN COMMUNITY COLLEGE DISTRICT,

                    Plaintiff,                24-CV-603 (CM) (VF)

        -against-                     **ORDER**

XL INSURANCE AMERICA, INC.,

                    Defendant.
-----------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge**

Austin Community College District ("ACC") filed a letter at ECF No. 52 with redactions without filing a sealed version. ACC is directed to file its letter motion, and a motion to seal, following the procedures outlined in the Court's Standing Order, 19-MC-583, and ECF Rules & Instructions, Section 6, available at https://nysd.uscourts.gov/rules/ecf-related-instructions.

**SO ORDERED.**

DATED:   New York, New York
             November 18, 2025

_____
VALERIE FIGUEREDO
United States Magistrate Judge