**FORD O'BRIEN LANDY** LLP

**MEMO ENDORSED**

HON. VALERIE FIGUEREDO
UNITED STATES MAGISTRATE JUDGE

Dated: November 20, 2025

Plaintiff's request to seal is GRANTED. The Clerk of the Court is respectfully directed to close the motion at ECF No. 56.

**By EFC**
The Honorable Valerie Figueredo
United States Magistrate Judge
United States District Court for the
Southern District of New York
500 Pearl Street
New York, New York 10006

Re: *Austin Community College District v. XL Insurance America*, Case No. 24-CV-00603 (S.D.N.Y): Letter Motion to Seal

Dear Magistrate Judge Figueredo:

We represent Plaintiff Austin Community College District ("ACC") in this litigation. We write in response to the Court's order from today (ECF No. 54) directing ACC to file the redacted letter it filed yesterday (the "Letter," filed under ECF No. 52) in accordance with the Court's Standing Order, 19-MC-583, and ECF Rules & Instructions, Section 6.

Although the public has a presumptive right access to judicial documents, that presumption is rebuttable if the Court finds that sealing "is essential to preserve higher values and is narrowly tailored to serve that interest." *Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110, 120 (2d Cir. 2006) (internal quotation mark omitted). The "attorney-client privilege ... suffices to defeat the presumption of access." *Id.* at 125. Here, the redacted portion of the Letter includes a description of privileged materials that ACC filed as part of its submission for *in camera* review, consistent with the Court's directive issued during the conference held on November 6, 2025. Sealing the unredacted version of the Letter is therefore appropriate.

Contemporaneously with this letter motion to seal, and consistent with the Court's Standing Order, 19-MC-583, and ECF Rules & Instructions, Section 6, ACC also files a redacted and unredacted version of the Letter.

/s/ Matthew A. Ford
Matthew A. Ford
275 Madison Avenue, Floor 24
New York, New York 10016
*Counsel for Plaintiff*
*Austin Community College District*