**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
AUSTIN COMMUNITY COLLEGE DISTRICT,

                            Plaintiff,                         **24-CV-603 (CM) (VF)**

                -against-                                      **ORDER**

XL INSURANCE AMERICA, INC.,

                            Defendant.
-----------------------------------------------------------------X
**VALERIE FIGUEREDO, United States Magistrate Judge**

        The Court has reviewed the privileged documents provided by Plaintiff Austin

Community College District ("ACC"). Because the Court has questions regarding the documents

that may implicate privileged information, the Court will schedule a conference with ACC to

discuss the documents. The conference is hereby scheduled for **Tuesday, December 9, 2025 at**

**11 a.m.** Counsel for ACC is directed to call Judge Figueredo's conference line at the scheduled

time. **Please dial (646) 453-4442; access code [874 485 736#].**

        SO ORDERED.

DATED:        New York, New York
              December 2, 2025

                                                _____
                                                VALERIE FIGUEREDO
                                                United States Magistrate Judge