**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
AUSTIN COMMUNITY COLLEGE DISTRICT,

<table>
<tr><td>Plaintiff,</td><td>**24-CV-603 (CM) (VF)**</td></tr>
<tr><td>-against-</td><td>**ORDER**</td></tr>
</table>

XL INSURANCE AMERICA, INC.,

                       Defendant.
------------------------------------------------------------------X
**VALERIE FIGUEREDO, United States Magistrate Judge**

Pursuant to Defendant's filing at ECF No. 67, the conference in this case to discuss the privilege dispute is hereby rescheduled for **Thursday, February 26, 2026 at 3 p.m.** Counsel for the parties are directed to call Judge Figueredo's conference line at the scheduled time. **Please dial (646) 453-4442; access code [792 089 713#].**

The Clerk of the Court is respectfully directed to close the motion at ECF No. 67.

    **SO ORDERED.**

DATED:    New York, New York
          January 20, 2026

                                       _____
                                       VALERIE FIGUEREDO
                                       United States Magistrate Judge