**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
AUSTIN COMMUNITY COLLEGE DISTRICT,

<table>
<tr><td style="padding-left:4em">Plaintiff,</td><td><b>24-CV-603 (CM) (VF)</b></td></tr>
<tr><td style="padding-left:2em">-against-</td><td><b><u>ORDER RESCHEDULING</u></b><br><b><u>CONFERENCE</u></b></td></tr>
<tr><td>XL INSURANCE AMERICA, INC.,</td><td></td></tr>
<tr><td style="padding-left:4em">Defendant.</td><td></td></tr>
</table>

------------------------------------------------------------------X
**VALERIE FIGUEREDO, United States Magistrate Judge**

Pursuant to Defendant's filing at ECF No. 67, the conference in this case to discuss the privilege dispute is hereby rescheduled for **Thursday, February 26, 2026 at 1 p.m.** Counsel for the parties are directed to call Judge Figueredo's conference line at the scheduled time. **Please dial (646) 453-4442; access code [792 089 713#].**

The Clerk of the Court is respectfully directed to close the motion at ECF No. 67.

**SO ORDERED.**

DATED:      New York, New York
            February 4, 2026

_____
VALERIE FIGUEREDO
United States Magistrate Judge