**ZELLE** LLP

February 20, 2026

**VIA ECF**

**MEMO ENDORSED**

HON. VALERIE FIGUEREDO
UNITED STATES MAGISTRATE JUDGE

**Dated: February 24, 2026**

This motion will be addressed at the discovery conference scheduled for February 26, 2026.

The Honorable Valerie Figueredo
United States Magistrate Judge
United States District Court
for the Southern District of New York
500 Pearl Street
New York, New York 10007

**RE:   *Austin Community College District v. XL Insurance America, Inc.*
Case No. 24-CV-00603 (S.D.N.Y.)**

Dear Magistrate Judge Figueredo:

We represent Defendant, XL Insurance America, Inc., in the above captioned matter and write in advance of the upcoming conference scheduled for Wednesday, February 26, 2026 at 3:00 p.m. regarding Defendant's motion to compel. ECF 66.

As discussed during the motion to compel hearing on October 23, 2025 and in subsequent letters to the Court, a parallel discovery issue has been percolating. Specifically, ACC supplemented its discovery production on October 2, 2025 with 921 novel documents. XL has repeatedly requested an explanation for the source of the additional documents to understand whether additional searches are necessary or whether documents are missing from ACC's files. In XL's view, ACC offered conflicting answers to these threshold questions while also refusing to clarify its position. *See* Exhibits A and B. While ACC may have a coherent explanation that does not require further motion practice, however, without offering that necessary explanation, the parties are at an impasse. Accordingly, for efficiency's sake, XL kindly requests the Court's guidance on the supplemental production in parallel with the pending motion to compel.

We thank the Court for its attention to this matter.

Respectfully submitted,

**ZELLE LLP**

/s/ *Alexander Cogbill*
Alexander Cogbill
45 Broadway, Suite 920
New York, NY 10006

*Counsel for Defendant*
*XL Insurance America, Inc.*