**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
AUSTIN COMMUNITY COLLEGE DISTRICT,

                        Plaintiff,

               -against-

XL INSURANCE AMERICA, INC.,

                      Defendant.
------------------------------------------------------------------X

**24-CV-603 (CM) (VF)**

**ORDER**

**VALERIE FIGUEREDO, United States Magistrate Judge**

At the conference on February 26, 2026, the Court gave an oral ruling addressing the outstanding privilege issues raised at ECF Nos. 42 and 60. Additionally, the Court addressed the issues raised at ECF Nos. 70 and 73, and the parties agreed to meet and confer and update the Court if they are unable to reach an agreement.

Accordingly, the Clerk of the Court is respectfully directed to close the motions at ECF Nos. 42, 60, and 70.

    **SO ORDERED.**

DATED:    New York, New York
             February 26, 2026

                                    _____
                                    VALERIE FIGUEREDO
                                    United States Magistrate Judge