ZELLE LLP

45 BROADWAY - SUITE 920
NEW YORK, NY 10006
(646) 876-4400 MAIN (612) 336-9100 FAX

ALEXANDER COGBILL
ACogbill@Zellelaw.com
(646) 876-4420

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/28/2026

June 23, 2025

VIA e-mail ChambersNYSDMcMahon@nysd.uscourts.gov
Hon. Colleen McMahon
United States District Court, Southern District of New York
500 Pearl Street, Room 2550
New York, New York 10007

Re: *Austin Community College District v. XL Insurance America, Inc.*
Case No. 1:24-CV-00603-CM-VF

Dear Judge McMahon:

We represent Defendant, XL Insurance America, Inc. ("XL") in the above-captioned action. Pursuant to Your Individual Practices and Procedure Rule V(B), we write to notify Your Honor that XL filed a Rule 72 Objection today. The Objection is available at ECF Doc. 86.

We thank the Court for its attention and are available to discuss.

Respectfully submitted,

ZELLE LLP

/s/
Alexander Cogbill

CC:
All Parties via ECF

9/28/2026
This is NOT a letter motion – it is an informational letter. Remove it from the motion list.
C